**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Sarah M. McKeon, et al.*, | CASE NO. CV 16-3212-GHK (KSx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| *Armando Monares Perez, et al.*, | |
| Defendants. | |

Pursuant to the Court's October 11, 2016 Order, IT IS HEREBY ADJUDGED that Plaintiffs' Complaint is **DISMISSED without prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: October 11, 2016

_____
GEORGE H. KING
United States District Judge